COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE

$ 00.40⁶

02 1R
0006557458    JAN 08 2015
MAILED FROM ZIP CODE 78701

PITNEY BOWES

Inmate not here



RE: WR-76,145-03

VALENTINE FACUNDO
KINNEY COUNTY DETENTION CENTER
1501 RANCH ROAD 131
PO BOX 325
BRACKETTVILLE, TX 78832

U T F